SHAWN RIDGELL (State Bar No. 201179)
RIDGELL & LAWLOR LLP
2128 Broadway
Oakland, California 94612
Telephone: (510) 986-1300
Facsimile: (510) 986-1301
Email: sridgell@aol.com

Attorneys for Plaintiff
MARK KLEIN

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
JONE TRAN (State Bar No. 239311)
SNR DENTON US LLP
2121 North California Boulevard, Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: cynthia.mellema@snrdenton.com
jeffry.butler@snrdenton.com
jone.tran@snrdenton.com

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK KLEIN, <br><br> Plaintiff, <br><br> vs. <br><br> ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY, ALLSTATE INSURANCE COMPANY OF CALIFORNIA, and DOES 1 TO 50, inclusive, <br><br> Defendants. | Case No. C 11-04951 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING AMOUNT IN CONTROVERSY** |

The parties to this action stipulate as follows:

1. Plaintiff Mark Klein has thoroughly investigated the basis for his damages claims in this action against Allstate Indemnity Company, the sole remaining defendant in this lawsuit. Based on this thorough investigation, plaintiff expressly waives all claims in this action in excess of $75,000, exclusive of costs. In light of this waiver, the parties agree that this action does not seek damages of any kind in excess of $75,000.

2. The parties further agree, in view of the stipulation set forth in Paragraph 1, that this case should be remanded to Alameda County Superior Court for further proceedings under Case No. RG 11591116, pursuant to 28 U.S.C. section 1332.

3. The parties further agree that they shall bear their own attorneys' fees and costs associated with the removal and remand of this action.

IT IS SO STIPULATED.

Dated: November 7, 2011    RIDGELL & LAWLOR LLP


By_____/s/ Shawn Ridgell_____
         SHAWN RIDGELL

Attorneys for Plaintiff
MARK KLEIN


Dated: November 7, 2011    SNR DENTON US LLP


By_____/s/ Jeffry Butler_____
         JEFFRY BUTLER

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

**ORDER**

The Court, having reviewed the parties' Stipulation Regarding Amount In Controversy, and good cause appearing therefor, hereby adopts the Stipulation and remands the case to the Superior Court, **ALAMEDA COUNTY.**

IT IS SO ORDERED:

Dated:  November 8, 2011

                        Hon. Saundra Brown Armstrong
                        United States District Court Judge

SNR DENTON US LLP
2121 NORTH CALIFORNIA BOULEVARD, SUITE 800
WALNUT CREEK, CALIFORNIA 94596
(925) 949-2600