1  SHAWN RIDGELL (State Bar No. 201179)
   RIDGELL & LAWLOR LLP
2  2128 Broadway
   Oakland, California 94612
3  Telephone: (510) 986-1300
   Facsimile: (510) 986-1301
4  Email: sridgell@aol.com

5  Attorneys for Plaintiff
   MARK KLEIN
6
   CYNTHIA L. MELLEMA (State Bar No. 122798)
7  JEFFRY BUTLER (State Bar No. 180936)
   JONE TRAN (State Bar No. 239311)
8  SNR DENTON US LLP
   2121 North California Boulevard, Suite 800
9  Walnut Creek, California 94596
   Telephone: (925) 949-2600
10 Facsimile: (925) 949-2610
   Email: cynthia.mellema@snrdenton.com
11        jeffry.butler@snrdenton.com
          jone.tran@snrdenton.com
12
   Attorneys for Defendant
13 ALLSTATE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK KLEIN, <br><br> Plaintiff, <br><br> vs. <br><br> ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY, ALLSTATE INSURANCE COMPANY OF CALIFORNIA, and DOES 1 TO 50, inclusive, <br><br> Defendants. | Case No. C 11-04951 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING AMOUNT IN CONTROVERSY** |

The parties to this action stipulate as follows:

1. Plaintiff Mark Klein has thoroughly investigated the basis for his damages claims in this action against Allstate Indemnity Company, the sole remaining defendant in this lawsuit. Based on this thorough investigation, plaintiff expressly waives all claims in this action in excess of $75,000, exclusive of costs. In light of this waiver, the parties agree that this action does not seek damages of any kind in excess of $75,000.

2. The parties further agree, in view of the stipulation set forth in Paragraph 1, that this case should be remanded to Alameda County Superior Court for further proceedings under Case No. RG 11591116, pursuant to 28 U.S.C. section 1332.

3. The parties further agree that they shall bear their own attorneys' fees and costs associated with the removal and remand of this action.

IT IS SO STIPULATED.

Dated: November 7, 2011              RIDGELL & LAWLOR LLP


                                     By_____/s/ Shawn Ridgell_____
                                            SHAWN RIDGELL

                                     Attorneys for Plaintiff
                                     MARK KLEIN


Dated: November 7, 2011              SNR DENTON US LLP


                                     By_____/s/ Jeffry Butler_____
                                            JEFFRY BUTLER

                                     Attorneys for Defendant
                                     ALLSTATE INDEMNITY COMPANY

**ORDER**

The Court, having reviewed the parties' Stipulation Regarding Amount In Controversy, and good cause appearing therefor, hereby adopts the Stipulation and remands the case to the Superior Court, **ALAMEDA COUNTY.**

IT IS SO ORDERED:

Dated:  November 8, 2011

*[signature]*
Hon. Saundra Brown Armstrong
United States District Court Judge